IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02576-BNB

CALVIN LYNIOL ROBINSON,

    Plaintiff,

v.

DOCTOR DAVID ALLRED, Bureau of Prisons (BOP) Employee,

    Defendant.

## ORDER DRAWING CASE

On completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, it has been determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED October 31, 2011, at Denver, Colorado.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge