IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02576-WYD-MEH

CALVIN LYNIOL ROBINSON,

   Plaintiff,

v.

DOCTOR DAVID ALLRED, Bureau of Prisons (BOP) Employee,

   Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 8, 2011.**

   To the extent the Plaintiff sought to file his "Information for Temporary Restraining Order" as a "motion" in this matter [filed September 30, 2011; docket #3], such request is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 65.1A, which requires applications for temporary restraining order to be filed as separate motions.  The "Information" sheet filed by the Plaintiff is meant to accompany any such motion for temporary restraining order.  *See* D.C. Colo. LCivR 65.1C.  No motion seeking a temporary restraining order, other than the "Information for Temporary Restraining Order," has been filed in this case.