IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02576-WYD-MEH

CALVIN LYNIOL ROBINSON,

    Plaintiff,

v.

DOCTOR DAVID ALLRED, Bureau of Prison (BOP) employee,

    Defendant.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming and Adopting Recommendation of United States Magistrate Judge, filed on September 20, 2012, by the Honorable Wiley Y. Daniel, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is

    ORDERED that the Recommendation of United States Magistrate Judge (ECF No. 62)(filed February 21, 2012) is affirmed and adopted.  It is further

    ORDERED that judgment is hereby entered in favor of Defendant, Doctor David Allred, Bureau of Prison (BOP) employee, and against Plaintiff, Calvin Lyniol Robinson, on Defendant's Motion for Summary Judgment.  It is further

    ORDERED that plaintiff's complaint and action are dismissed.

DATED at Denver, Colorado this 21st day of September, 2012.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
Edward P. Butler,
Deputy Clerk